```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 17757
   MITCHELL D RISPER
   DEBORAH S RISPER                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
     SSN XXX-XX-3718      SSN XXX-XX-4702


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/10/08 .

     2.  The case was dismissed without confirmation, 10/10/2008.

     3.  The Debtor paid a total of $    988.00 .


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
CITIZENS FINANCE CO        SECURED                   .00          .00          6.83
REGIONAL ACCEPTANCE        SECURED VEHIC             .00          .00        256.23
WELLS FARGO FINANCIAL AC   SECURED VEHIC             .00          .00        204.76
ACL SERVICES INC           UNSECURED         NOT FILED            .00           .00
ASHTON DENTAL              UNSECURED         NOT FILED            .00           .00
BLACK EXPRESSIONS          UNSECURED         NOT FILED            .00           .00
CHARTER ONE BANK           UNSECURED         NOT FILED            .00           .00
CHECK INTO CASH            UNSECURED         NOT FILED            .00           .00
CITIZENS BANK              UNSECURED         NOT FILED            .00           .00
CITIZENS FINANCE CO        UNSECURED         NOT FILED            .00           .00
CITY OF COUNTY TRAFFIC     UNSECURED         NOT FILED            .00           .00
COMCAST                    UNSECURED         NOT FILED            .00           .00
DARIEN WOODRIDGE FPD       UNSECURED         NOT FILED            .00           .00
ECONOMY INTERIORS INC      UNSECURED         NOT FILED            .00           .00
EMERGENCY TREATMENT SC     UNSECURED         NOT FILED            .00           .00
GREAT LAKES SPECIALTY FI   UNSECURED         NOT FILED            .00           .00
HSBC                       UNSECURED         NOT FILED            .00           .00
IMAGINE                    UNSECURED         NOT FILED            .00           .00
WOODGROVE MEDICAL CLINIC   UNSECURED         NOT FILED            .00           .00
KING SIZE                  UNSECURED         NOT FILED            .00           .00
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
LABCORP                    UNSECURED         NOT FILED            .00           .00
METRO INFECTIOUS DISEASE   UNSECURED         NOT FILED            .00           .00
NICOR GAS                  UNSECURED         NOT FILED            .00           .00
RADIOLOGISTS OF DUPAGE     UNSECURED         NOT FILED            .00           .00
RUSH COPLEY                UNSECURED         NOT FILED            .00           .00
SALLIE MAE GUARANTEE SER   UNSECURED         NOT FILED            .00           .00
SPRINT NEXTEL              UNSECURED         NOT FILED            .00           .00
TOYS R US                  UNSECURED         NOT FILED            .00           .00
TURNER PAIN & WELLNESS C   UNSECURED         NOT FILED            .00           .00
```

```
WOODFOREST NATIONAL BANK UNSECURED          NOT FILED              .00           .00
WOODRIDGE POLICE           UNSECURED         NOT FILED              .00           .00
         Summary of disbursements:
-----------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00         .00           .00
PRINCIPAL PAID       467.82         .00          .00         .00        467.82
INTEREST PAID           .00         .00          .00         .00           .00
TOTAL PAID           467.82         .00          .00         .00        467.82
```

The Debtor's attorney, ZALUTSKY & PINSKI           , was allowed $   3500.00
and was paid $    146.00   direct and $       .00  through the plan.

The Trustee received $      26.18 .

Refunds to the Debtor totaled $     494.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/21/09                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 17757 MITCHELL D RISPER & DEBORAH S RISPER